| B104 (3/87) **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br><br> MBNA America Bank, N.A. | **DEFENDANTS** <br><br> Joseph E. LeRose |
| **ATTORNEYS** <br> Brian Eagle <br> Blitt & Gaines, P.C. <br> 8500 Keystone Crossing, Suite 555 <br> Indianapolis, IN 46240 | **ATTORNEYS** <br> Lori D. Fisher <br> Attorney At Law <br> 370 W 80th Pl <br> Merrillville, IN 46410 |

PARTY (Check One Only)   ☐ U.S. PLAINTIFF   ☐ U.S. DEFENDANT   ☒ U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S STATUTES INVOLVED)

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS**
**11 U.S.C. SECTION 523**

**NATURE OF SUIT**
(Check the most appropriate only)

| | | |
|---|---|---|
| ☐ 454  To recover money of property <br> ☐ 435  To determine validity, priority, or extent of a lien or other interest in property. <br> ☐ 458  To obtain approval for the sale of both the interest of the estate and of co ownership in property. <br> ☐ 424  To object to or revoke a discharge or interest 11 U.S.C. Section 727 | ☐ 435  To revoke an order or confirmation of Chap. 11 or Chap. 13 Plan. <br> ☒ 426  To determine the dischargeability of a debt 11 U.S.C. Section 523. <br> ☐ 434  To obtain an injunction or other equitable relief. <br> ☐ 457  To subordinate any allowed claim or interest | ☐ 456  To obtain a declaratory judgment relating to any of the foregoing causes. <br> ☐ 459  To determine a claim or cause of action removed to a bankruptcy court. <br> ☐ 498  Other(specify) |

| ORIGIN OF PROCEEDINGS (Check one only) <br><br> ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred to another Bankruptcy Court | ☐ CHECK HERE IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|

| DEMAND <br> $9,338.00 | NEAREST THOUSAND <br> $9 | OTHER RELIEF SOUGHT <br> Attorney's fees & costs | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR <br><br> Joseph E. LeRose | BANKRUPTCY CASE NUMBER <br><br> 05-68908 jpk |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING <br> NORTHERN | DIVISIONAL OFFICE <br> HAMMOND |  NAME OF JUDGE <br> J. Philip Klingeberger |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one only)   ☒ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED |
|---|

| DATE <br><br> 2-24-06 | PRINT NAME OF ATTORNEY <br> Brian Eagle, Bar #15420-49 | SIGNATURE OF ATTORNEY |
|---|---|---|



UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
AT HAMMOND

In re:

Joseph E. LeRose,

    Debtor.

_____

MBNA America Bank, N.A.,

    Plaintiff,

v.

Joseph E. LeRose,

    Defendant.

Bankruptcy Case No. 05-68908 jpk

ADV. NO.

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS (11 U.S.C. § 523)**

COMES NOW Plaintiff, by and through its attorney of record, Brian Eagle, to allege and complain as follows:

### I. PARTIES AND JURISDICTION

1. Plaintiff is a foreign corporation licensed to do business in the State of Indiana with all fees and licenses paid, and otherwise is entitled to bring this action.

2. Defendant filed a Chapter 7 bankruptcy petition on 10/16/2005.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core matter.

4. Plaintiff is a creditor in this bankruptcy proceeding.

### II. CAUSE OF ACTION

5. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 4, above.

6. Defendant had a charge account with MBNA America Bank, N.A., Account No. XXXXXX7615.

7. Defendant incurred charges and cash advances on this account totaling $9,502.60, including interest, as of 10/16/2005, the date the bankruptcy petition was filed.

8. Between 08/09/2005 and 08/10/2005, Defendant accumulated $2,578.00 in retail charges.

9. Between 08/09/2005 and 08/10/2005, Defendant incurred $6,760.00 in cash advance and/or convenience check charges.

10. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

11. By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on the account, Defendant represented an intention to repay the amounts charged.

12. Plaintiff reasonably relied on the representations made by Defendant.

13. Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

14. Defendant obtained credit extended from Plaintiff by false pretenses, false representations and/or actual fraud.

15. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $9,338.00.

16. Pursuant to 11 USC § 523(a)(2), Defendant should not be granted a discharge of this debt to the Plaintiff in the amount of $9,338.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $9,338.00, plus accrued interest at the contractual rate from and after 10/16/2005, plus

additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3. An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED _____2-24-06_____.

_____
Attorney for Plaintiff
Brian Eagle
Attorney #15420-49
Blitt & Gaines, P.C.
8500 Keystone Crossing, Suite 555
Indianapolis, IN 46240
312-621-5901

# BLITT & GAINES, P.C.
*Attorneys at Law*

---

318 W. Adams St. * Suite 1600 * Chicago, Illinois 60606 * 312 920-0620 * FAX 312 920-0625

February 24, 2006

Clerk of the Bankruptcy Court
Northern District of Indiana, Hammond
5900 Federal Plaza
Hammon, Indiana 46230

**RE:    Bankruptcy Filing**

Dear Sir or Madam;

Please find filings for your adversary calendar and one check for each of the sum of same.

Also, enclosed are the following Amended Adversary Proceedings Complaints, which needed to be amended as result of not receiving a "signed" copy of the complaint:

1. Adv. Proc. 06-6043
2. Adv. Proc. 06-6044
3. Adv. Proc. 06-6042

Do not hesitate to call if you have any questions.

Sincerely;

Brian A. Eagle
Attorney