UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
AT HAMMOND

In re:

Joseph E. LeRose,
Debtor.

Case No. 05-68908-jpk

---

MBNA America Bank, N.A.,
Plaintiff,

Adv. No. 06-06064-jpk

v.

Joseph E. LeRose,
Defendant.

## AGREED JUDGMENT

Plaintiff, MBNA America Bank, N.A., by and through its attorney-of-record Lucy Khairy, and Defendant, Joseph E. LeRose, by and through Defendant's attorney-of-record, Lori D. Fisher, hereby stipulate as follows:

### RECITALS

1. On or about 10/16/2005, Defendant filed for relief under Chapter 7 of the Bankruptcy Code.

2. On the date of filing the petition in this case, Defendant was indebted to Plaintiff for the sum of $9,502.60 on account number XXXXXX7615.

3. Plaintiff has filed an Adversary Proceeding objecting to the discharge of the debt. The Parties desire to resolve this matter without further litigation upon the terms and conditions herein.

### AGREEMENT

4. The Parties agree that the sum of **$5,000.00** owed by Defendant to Plaintiff shall not be discharged by order of this Court.

5.  The non-discharged sum of **$5,000.00** shall be paid as follows: **the sum of $104.16 per month, each month for 48 months, commencing 07/01/2006.** The remaining payments shall be due on the same day of each month thereafter. While not in default, such principal shall not bear interest.

6.  Payments are to be made to:

    **Accounts Receivable**
    **Attn: MBNA America Bank, N.A.**
    **WEINSTEIN & RILEY, P.S.**
    **2101 Fourth Avenue, #900**
    **Seattle, WA 98121**
    **ALWAYS INCLUDE ACCOUNT NUMBER ON PAYMENTS**

    Plaintiff or its agents may send monthly bills and invoices as a courtesy reminder to Defendant.

7.  In the event Defendant defaults in payments, Plaintiff shall be entitled to declare the entire remaining balance, plus any interest, immediately due and payable, together with Plaintiff's reasonable attorneys' fees and costs incurred.

8.  Defendant acknowledges and stipulates that if Defendant failes to make any payment as agreed, the remaining principal balance shall bear interest at federal judgment rate of interest until paid or otherwise satisfied. However, no interest will accrue so long as payments are kept current.

9.  Plaintiff will refrain from pursuing its right under this agreement so long as Defendant continues to make payment on a regular, timely basis. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy without further notice.

10. Defendant understands that Defendant is waiving Defendant's right to a trial and their right to a discharge of this debt should Defendant prevail at trial. Defendant has

carefully considered this settlement with an attorney of their choice, or has voluntarily elected not to do so, after being given that opportunity.

11. The parties each agree to pay their own attorney fees and costs in this matter.

All of which is approved this _____ day of _____, 2006.

_____  
Lucy Khairy, Attorney No. 24633-49  
Blitt & Gaines, P.C.  
8500 Keystone Crossing, Suite 555  
Indianapolis, IN 46240  
Attorney for Plaintiff

5/15/06  
Date

_____  
Joseph E. LeRose,  
Defendant

5/12/06  
Date

Approved as to form:

_____  
Lori D. Fisher, Attorney No. 17948-14  
The Law Office of Kevin M. Schmidt, P.C.  
370 W. 80th Place  
Merrillville, IN 46410  
Attorney for Defendant

5/12/06  
Date

All of which is Ordered this _____ day of _____, 2006.

_____  
Judge, United States Bankruptcy Court